UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00207 LPR |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| CARLTON WAYNE JOHNSON, III | ) | |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 06 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.   On or about November 17, 2021, the defendant,

CARLTON WAYNE JOHNSON, III,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment exceeding one year, that is: Criminal Mischief in the First degree, in the Circuit Court of Pulaski County, Arkansas, in Case Number 60CR18-4664.

B.   On or about November 17, 2021, in the Eastern District of Arkansas, the defendant,

CARLTON WAYNE JOHNSON, III,

knowingly possessed, in and affecting commerce, one or more rounds of the following ammunition:

1.   Hornaday, 9mm ammunition;

2.   Speer, 9mm ammunition;

3.   Jag, 9mm ammunition;

4.   Tulammo, 9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

1

3

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, CARLTON WAYNE JOHNSON, III, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]